PARK v. JOHN DEERE PLOW CO.    (No. 5838.)

(Court of Civil Appeals of Texas. Austin. Dec. 12, 1917. Rehearing Denied Jan. 16, 1918.)

Appeal from District Court, Bell County; F. M. Spann, Judge.

Suit by M. C. H. Park, trustee, against the John Deere Plow Company. Judgment for defendant, and plaintiff appeals. Affirmed.

J. D. Williamson, of Waco, for appellant. Etheridge, McCormick & Bromberg, of Dallas, for appellee.

KEY, C. J. This is a companion case to, and involves the same questions as, M. C. H. Park, Trustee, v. South Bend Chilled Plow Co., 199 S. W. 843, decided by this court to-day, and for the reasons stated in that case, the judgment in this case is affirmed.

Affirmed.